204 So.2d 574

**Mrs. Sandra Lynn ALLIEN, individually, and as tutrix of her minor daughter, Robbin Denine Allien**

v.

**LOUISIANA POWER & LIGHT COMPANY.**

**No. 48960.**

Dec. 11, 1967.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.